UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3103

Filed: February 22, 2005

ROBERT L. BECK; JACK W. BREWER; DONALD R. GENTRY; ED HADDOX;
PAUL ANTON HANSEN; KENNETH M. JONES; WILLIAM L. MCCARTHY;
WILLIAM HERSHEL POTTER; RICHARD REDMON; GARY L. SMITH;
DONALD STRINGER; EDWARD STROHMEIER; AL THOMA; STAN WEBSTER

    Plaintiffs - Appellants

v.

GANNETT SATELITE INFORMATION SYSTEMS INC.,
doing business as The Cincinnati Enquirer

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 1/31/05 the mandate for this case hereby issues today.

*[handwritten: Judge Beckwith 1:02-CV-00027]*

A True Copy.

Attest:

No costs taxed

Filing Fee ..........$
Printing ............$

   Total ........$

_____
Deputy Clerk